**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 11, 2023**



**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 23-12409** |
| **LA MOUNT GROUP, LLC** | **Chapter 11** |
| **Debtor and Debtor in Possession** | **Subchapter V** |
| | **Judge Beth A. Buchanan** |

**ORDER GRANTING MOTION OF DEBTOR AND DEBTOR IN POSSESSION
FOR EXPEDITED HEARING ON FIRST DAY MOTIONS
(DOC. 8)**

La Mount Group, LLC, debtor and debtor in possession ("Debtor") in the above-captioned Chapter 11 Subchapter V case have filed a Motion for an Expedited Hearing on the following motions (**Collectively, "The First Day Motions"**):

1

a) **Motion for approval of interim and final orders 1) Authorizing the Debtor to use cash collateral and 2) to provide adequate protection 3) Modifying automatic stay and 4) Scheduling a final hearing (Doc. #6)**

b) **Motion of Debtor and Debtor in Possession, pursuant to Section 105(a), 363, 507(A)(5) and 541(D) of the Bankruptcy Code, for an Order authorizing it to pay: (A) Prepetition employee wages, salaries, taxes and related items; (B) Prepetition employee payroll deductions (Doc. # 7)**

The Court has considered the information contained in the motions and finds that cause exists to conduct an expedited hearing on the Debtor's First Day Motions.

Accordingly, the Court hereby ORDERS as follows:

1. The Debtors' Motion for an Expedited Hearing on the First Day Motions is **GRANTED.**
2. The expedited hearing will be held on **December 14, 2023 at 2:30 p.m**. before Judge Beth B. Buchanan, U.S. Bankruptcy Court, Southern District of Ohio, Atrium Two, Suite 800, Cincinnati, Ohio 45202.

As an alternative to attendance in-person, parties may choose to attend the hearing telephonically. However, any party attending telephonically is not permitted to present exhibits or examine or cross-examine witnesses. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Instructions for Attendance of Telephonic Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab.

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

<u>Objections</u>: Parties in interest that seek to oppose the relief requested in the First Day Motions may do so by filing an objection prior to the Hearing and prosecuting the objection at the Hearing or by raising their objections orally during the Hearing.

3. On or before December 12, 2023 at 1:00 p.m., Counsel for the Debtors shall serve this order providing notice of the expedited hearing, along with copies of the First Day Motions, by email, facsimile, overnight mail / courier, or hand delivery upon the parties listed below:
    a. Office of the United States Trustee;
    b. The Small Business Administration
    c. The United States Attorney (Cincinnati)
    d. The State of Ohio (Departments of Taxation, Workers Compensation, Job and Family Services;
    e. Attorney General/ Collections Enforcement;
    f. Newtek Small Business Finance, LLC or their counsel
    g. The holders of the 20 largest unsecured claims against the Debtor
    h. All secured creditors
4. Counsel for the Debtor shall promptly file a certificate of service regarding the notices provided to creditors and parties in interest.

   **IT IS SO ORDERED.**

Copies to:

Default list