**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 14, 2023**



Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|   |   |
|---|---|
| **In re:** | ) <br> ) <br> ) **Case No. 23-12409** |
| **LA MOUNT GROUP, LLC** | ) **Chapter 11** <br> ) **Subchapter V** <br> ) |
| **Debtor and Debtor In Possession** | ) <br> ) **Judge Buchanan** <br> ) |

**ORDER SETTING STATUS AND SCHEDULING CONFERENCE AND REQUIRING DEBTOR TO FILE AND SERVE SECTION 1188(c) REPORT**

On December 11, 2023, Debtor-in-Possession La Mount Group, LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and has chosen to proceed under Subchapter V (11 U.S.C. §§ 1181-1195). Pursuant to 11 U.S.C. § 1188, this Court sets the following:

**I. Status and Scheduling Conference**

This Court will hold a status conference as required by 11 U.S.C. § 1188(a) on **February 6, 2024 at 10:00 a.m. Eastern Time** before the Honorable Beth A. Buchanan, United States

Bankruptcy Judge at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202. The Debtor has also requested that this status conference be used for scheduling purposes.

As an alternative to attendance in-person, parties may choose to attend the status and scheduling conference telephonically. Please refer to Judge Buchanan's *Instructions for Attendance of Hearings* located on the Bankruptcy Court's website at: www.ohsb.uscourts.gov under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab, which instructions include a call-in number and access code (free of cost).

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

Any creditor or party in interest may participate in the status and scheduling conference, but the Debtor, Debtor's counsel and the Subchapter V Trustee are required to participate. *See* 11 U.S.C. §§ 1116(2), 1183(b)(3) and 1187(b).

**II.    Report**

**On or before January 23, 2024,** the Debtor shall file with this Court and serve on the Subchapter V Trustee and all parties in interest a report detailing "the efforts the [D]ebtor has undertaken and will undertake to attain a consensual plan or reorganization." 11 U.S.C. § 1188(c).

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution list:

All Creditors and Parties in Interest