This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

Dated: January 25, 2024

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 23-12409 |
| LA MOUNT GROUP, LLC | Chapter 11 |
| Debtor and Debtor in Possession | Subchapter V |
| | Judge Beth A. Buchanan |

**ORDER GRANTING APPLICATION AUTHORIZING THE EMPLOYMENT OF GOERING & GOERING, LLC AS ATTORNEYS FOR THE DEBTOR (DOC. #3)**

This matter is before the Court on the Application of the Debtor to employ Goering & Goering, LLC as its attorneys pursuant to U.S.C. Sec.327(a).  (Doc. #3)

Notice was given and no objections to the application were filed.

The Court has considered the request contained in the motion and finds it to be well taken.

Accordingly, the Court hereby ORDERS as follows:

Goering & Goering shall be employed as Debtor's attorneys and represent them in the Chapter 11 Subchapter V case as their counsel to perform the extensive legal services that will be necessary.

Further, Debtor shall pay to Goering & Goering, LLC its customary hourly rates. These rates are subject to change, usually on a yearly basis, and Goering & Goering, LLC shall provide notice of updated rates on a yearly basis. The attorney primarily responsible for this case will be Eric W. Goering ($500/hr), Robert A. Goering ($550/hr), and Alexis Mize ($350/hr).

IT IS SO ORDERED.

*/s/ Eric W. Goering*
Eric W. Goering


Copies to: Default list